FIRST DEPARTMENT, FEBRUARY, 1934.

EMMA S. HINES and Another, Respondents, v. PATRICK MURPHY, INC., Appellant.

Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon and Untermyer, JJ., dissent and vote for reversal and a new trial.

GLENNON, J. (dissenting). The plaintiff merely testified that she slipped and fell. What caused her to slip and fall does not appear. At the close of plaintiff's case, upon defendant's motion to dismiss the complaint, the court's attention was called to the fact that the only testimony of the plaintiff was that she slipped, and there was nothing in her testimony about her stepping over the so-called ledge, or any connection between the ledge and her fall. Said motion was denied. In its charge to the jury the court said: " You will recall at the end of plaintiff's case counsel made a motion to dismiss the complaint, and the Court denied the motion. Counsel for defendant again at the end of the whole case renewed his motion. These rulings of the Court have to do with questions of law." It was an error of law, however, at the end of plaintiff's case, in the absence of evidence to which attention had been called, to deny defendant's motion to dismiss the complaint; and in the absence of such evidence at the end of the whole case, it was error to submit the case to the jury. (See *Miller* v. *Gimbel Bros.*, 262 N. Y. 107.) On the ground, therefore, that plaintiff failed to establish that the alleged dangerous condition was responsible for the accident, we dissent and vote for reversal and a new trial. Untermyer, J., concurs.

In the Matter of the Application of WILLIAM G. FULLEN and Others, Constituting the Transit Commission, for an Order Requiring the Board of Estimate and Apportionment of the City of New York to Appropriate the Sum, etc., Certified by Said Commission to Be Necessary, etc., for the Calendar Year 1934.*— Motion granted. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

PINCUS HERSCHKOWITZ, Respondent, v. MAX OLESKER, Defendant, Impleaded with DAVID W. KEEN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of ANNA GRAF for Payment of Her Mortgage from the Payment of Award Made for Damage Parcel No. 120 on the Damage Map and in the Final Decree of the Supreme Court in the Proceeding Entitled: " New York Supreme Court, First Judicial District: In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title, etc., Widening of Chrystie Street from Canal Street to East Houston Street, Forsyth Street from East Broadway to East Houston Street, Hester Street, Broome Street, Rivington Street to Forsyth Street, Together with the Additional Lands to Be Acquired in Connection Therewith in the Borough of Manhattan, City of New York." — Order modified so as to provide that the comptroller pay to Anna Graf, the petitioner, the sum of $68,500, with interest thereon from August 9, 1929, at the rate of six per cent per annum, to the date of payment, and as so modified affirmed, without costs, on the authority of *Matter of City of New York* (*Chrystie Street, etc.*) (239 App. Div. 314). Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

* Appeal dismissed, 264 N. Y. 463.